CM/ECF Hrg3bk
(Rev. 09/15/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Thomas G Whitten and Sheila A. Whitten
Debtor(s)

Case No.: 11−12942−DWH
Chapter: 7
Judge: David W. Houston III

---

PLEASE TAKE NOTICE that a hearing will be held at

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 8/12/11 at 10:00 AM

to consider and act upon the following:

*10* − Motion to Abandon 5280 Stallion Drive, Crestview, FL 32539., Motion for Adequate Protection , Motion for Relief from Stay . Filed by Michael Alan Jedynak on behalf of Wells Fargo Bank, N.A.. Objections to Motion for Relief from Stay due by 08/1/2011. (Attachments: # (1) Exhibit) (Jedynak, Michael)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said objection due date. If any objection or response is filed, a hearing will be held on the above mentioned date; otherwise, the Court may consider said motion immediately after the objection or response due date.

Dated: 7/15/11

David J. Puddister
Clerk, U.S. Bankruptcy Court

BY: AOH
Deputy Clerk